HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE GEIGLE,

   Plaintiff

   v.

AETNA LIFE INSURANCE
COMPANY, et al.,

   Defendants.

No. 2:18-cv-00745-JLR

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF BENEFIT CLAIMS BEFORE JUNE 7, 2018 AND FOR DISMISSAL WITHOUT PREJUDICE OF BENEFIT CLAIMS ON OR AFTER JUNE 7, 2018

AND [~~PROPOSED~~] ORDER

HEARING DATE: **JANUARY 10, 2019**

Plaintiff Leslie Geigle and Defendant Aetna Life Insurance Company, through their respective counsel, submit this stipulated motion asking the Court to enter the subjacent proposed Order (1) dismissing with prejudice all claims Plaintiff alleged in her Complaint which arise from or relate to Plaintiff's claims for long-term disability benefits before June 7, 2018; and (2) dismissing without prejudice all claims Plaintiff alleged in her Complaint which arise from or relate to Plaintiff's claims for long-term disability benefits on or after June 7, 2018. It is the

STIPULATED MOTION FOR DISMISSAL
AND [~~PROPOSED~~] ORDER - 1
No. 2:18-cv-00745-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342

206740136_1 LAW

parties' intent that the above stipulation covers all claims Plaintiff alleged in her Complaint and that this action be terminated.

It is so stipulated this 10th day of January 2019.

| LAW OFFICE OF MEL CRAWFORD | Jensen Morse Baker, PLLC |
|---|---|
| By *s/Mel Crawford*<br>Mel Crawford, WSBA # 22930<br>Attorneys for Plaintiff | By: *s/Sarah Swale*<br>Sarah Swale, WSBA # 29626<br>Attorneys for Defendants |

[~~PROPOSED~~] ORDER

The Court GRANTS the parties' stipulated motion and ORDERS as follows. All claims Plaintiff alleged in her Complaint which arise from or relate to Plaintiff's claims for long-term disability benefits before June 7, 2018 shall be, and hereby are, dismissed with prejudice. All claims Plaintiff alleged in her Complaint which arise from or relate to Plaintiff's claims for long-term disability benefits on or after June 7, 2018 shall be, and hereby are, dismissed without prejudice. This action shall be terminated.

DATED: The 11th of January 2019

James L. Robart
United States District Judge

STIPULATED MOTION FOR DISMISSAL
AND [~~PROPOSED~~] ORDER - 2
No. 2:18-cv-00745-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342

206740136_1 LAW

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Attorneys for Defendant</u>:

    Sarah Swale
    Gabriel Baker
    Jensen Morse Baker, PLLC
    1809 Seventh Avenue, Suite 410
    Seattle, WA 98101
    Sarah.swale@jmblawyers.com
    gabe.baker@jmblawyers.com

DATED this 10th day of January 2019 at Seattle, Washington.

                                                      <u>*s/Mel Crawford*</u>
                                                      Mel Crawford

STIPULATED MOTION FOR DISMISSAL
AND [PROPOSED] ORDER - 3
No. 2:18-cv-00745-JLR

206740136_1 LAW

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342